UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SARAH CONNOLLY, individually and on behalf of all others similarly situated,

Plaintiff,

v.

UMPQUA BANK,

Defendant.

C15-517 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' second joint motion to extend deadlines, docket no. 85, is GRANTED as follows. The deadlines set forth in the Minute Order entered December 20, 2016, docket no. 68, as amended by the Minute Order entered June 1, 2017, docket no. 84, are EXTENDED as follows. Discovery on class certification issues shall be completed by November 7, 2017. Any motion for class certification shall be filed by Monday, December 11, 2017, and noted for Friday, January 26, 2018. Any response to such motion for class certification shall be filed by Tuesday, January 16, 2018, and any reply shall be filed by the noting date. The Court will set a scheduling conference after ruling on any motion for class certification. If no motion for class certification is timely filed, the parties shall file a Joint Status Report by December 15, 2017, indicating what fact discovery, if any, needs to be conducted, how much time is required to complete such discovery, and when the parties anticipate being prepared for trial.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of August, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1