UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SARAH CONNOLLY, individually and on behalf of all others similarly situated,

Plaintiff,

v.

UMPQUA BANK,

Defendant.

C15-517 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' motion for stay, docket no. 87, is DENIED. The parties having advised that they have reached a class settlement in principle, *see id.*, the deadlines set forth in the Minute Order entered August 14, 2017, docket no. 86, for plaintiff to file a motion for class certification (December 11, 2017) and for the parties to file a Joint Status Report in the event no such motion is timely filed (December 15, 2017) are STRICKEN. Pursuant to the parties' agreement, docket no. 87, the deadline for the parties or plaintiff to file a motion for preliminary approval of class action settlement is January 9, 2018. In the event no such motion is timely filed, the parties shall file a Joint Status Report by January 10, 2018, indicating when they anticipate being prepared for trial.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of December, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1