Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH CONNOLLY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>UMPQUA BANK,<br><br>    Defendant. | Case No. 2:15-cv-00517-TSZ<br><br>**MOTION FOR EXTENSION OF TIME TO FILE REVISED MOTION FOR PRELIMINARY APPROVAL** |

Plaintiff Sarah Connolly moves for a one-week extension of the current deadline set forth in the Court's Order of May 7, 2018, which set a deadline of June 18, 2018, to file a revised Motion for Preliminary Approval of the Parties' settlement. (Dkt. No. 93). In support of her request, Ms. Connolly states:

MOTION FOR EXTENSION - 1
[15-00517]

**BAILEY & GLASSER LLP**
99 High Street, Suite 304
Boston, MA 02110
TEL. 617.439.6730 • FAX 617.951.3954
www.baileyglasser.com

1. Plaintiff filed her Motion For Preliminary Approval Of Class Action Settlement And For Certification Of Settlement Class on January 30, 2018. [Dkt. No. 91]

2. On May 7, 2018 the Court denied Plaintiff's motion without prejudice to refiling within six weeks (42 days). [Dkt. No. 93]

3. Since May 7th the Parties have been working diligently to revise the Settlement Agreement to conform to the Court's order.

4. Ms. Connolly believes that the Parties have now addressed the concerns raised by the Court. She is awaiting the Defendant's execution of the settlement agreement. She requests an additional one week to submit the final revised Settlement Agreement and accompanying papers.

5. This short extension will have no other effect on the case.

6. Ms. Connolly's counsel has attempted to confer with Defendant's counsel regarding this request, but as of this time has received no response.

WHEREFORE, Ms. Connolly respectfully requests that the Court allow the one-week extension for Plaintiff to file her revised motion for preliminary approval.

Dated: June 18, 2018

Respectfully submitted,

*/s/ Elizabeth Ryan*

| Elizabeth Ryan (admitted *pro hac vice*) | Beth E. Terrell, WSBA #26759 |
| BAILEY & GLASSER LLP | TERRELL MARSHALL LAW GROUP |
| 99 High Street, Suite 304 | 936 North 34th Street, Suite 300 |
| Boston, Massachusetts 02110 | Seattle, WA 98103 |
| T: (617) 439-6730 | T: (206) 816-6603 |
| F: (617) 951-3954 | F: (206) 350-3528 |
| Email: eryan@baileyglasser.com | Email: bterrell@terrellmarshall.com |

MOTION FOR EXTENSION - 2
[15-00517]

BAILEY & GLASSER LLP
99 High Street, Suite 304
Boston, MA 02110
TEL. 617.439.6730 • FAX 617.951.3954
www.baileyglasser.com

| | | |
|---|---|---|
| 1 | Michael L. Murphy, WSBA #37481 | Nicholas F. Ortiz |
| | BAILEY & GLASSER LLP | LAW OFFICE OF NICHOLAS F. ORTIZ, P.C |
| 2 | 1054 31st Street, NW | 99 High Street, Suite 304 |
| | Suite 230 | Boston, Massachusetts 02110 |
| 3 | Washington, DC 20007 | T: (617) 338-9400 |
| | T: (202) 463-2101 | F: (617) 507-3456 |
| 4 | F: (202) 463-2103 | Email: nfo@mass-legal.com |
| | Email: mmurphy@baileyglasser.com | |

*Attorneys for Plaintiff*

MOTION FOR EXTENSION - 3
[15-00517]

**BAILEY & GLASSER LLP**
99 High Street, Suite 304
Boston, MA 02110
TEL. 617.439.6730 • FAX 617.951.3954
www.baileyglasser.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                */s/ Elizabeth Ryan*
                                Elizabeth Ryan
                                Bailey & Glasser LLP
                                99 High Street, Suite 304
                                Boston, MA  02110
                                Email: eryan@baileyglasser.com
                                T: (617) 439-6730
                                F: (617) 951-3954

MOTION FOR EXTENSION - 4
[15-00517]

**BAILEY & GLASSER LLP**
99 High Street, Suite 304
Boston, MA 02110
TEL. 617.439.6730 • FAX 617.951.3954
www.baileyglasser.com