1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

7

SARAH CONNOLLY, individually and
on behalf of all others similarly situated

8

Plaintiff,

9

v.

C15-517 TSZ

10

UMPQUA BANK,

MINUTE ORDER

11

Defendant.

12

13

The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

14

15

(1)    Plaintiff's unopposed motion for extension of time, docket no. 94, is
GRANTED, and plaintiff's motion for preliminary approval of revised class action
settlement, which is noted for July 13, 2018, docket no. 95, will be considered timely
filed.

16

17

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

18

Dated this 29th day of June, 2018.

19

20

William M. McCool
Clerk

21

s/Karen Dews
Deputy Clerk

22

23

MINUTE ORDER - 1